UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ERIC WILLIAMS,<br>　　　Plaintiff<br><br>　v.<br><br>FRED FIGUEROA, DWAYNE WRIGHT,<br>LISA MEARS, SANDY GLENN,<br>CORRECTIONS CORPORATION<br>OF AMERICA,<br>　　　Defendants | File No. 1:07-CV-149 |

## ORDER

The Magistrate Judge's Report and Recommendation was filed June 9, 2008. (Paper 17.) After de novo review and over objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Defendants' motion to dismiss (Paper 11) is DENIED. The Court hereby transfers this case to the United States District Court for the Western District of Oklahoma, pursuant to 28 U.S.C. § 1406.

Dated at Brattleboro, in the District of Vermont this 18th day of July, 2008.

　　　　　　　　　　　　　　　　　　/s/ J. Garvan Murtha
　　　　　　　　　　　　　　　　　　J. Garvan Murtha
　　　　　　　　　　　　　　　　　　United States District Judge